UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
**OCT 2 6 2022**
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.  **4:22CR600-JAR/PLC** |
| ) | |
| JOSHUA E. RICKEY, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Nino Przulj, Special Assistant United States Attorney for said District, and moves this Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, § 3141, et seq.

In further support, the United States of America states:

1. Defendant is charged in a two-count indictment for manufacturing and possessing one or more unregistered destructive devices in violation of 26 U.S.C. § 5861(d) and (f). Each offense carries a 10-year maximum term of imprisonment.

1. Following a call for a domestic disturbance in the early morning hours of August 13, 2022, officers with the Hannibal Police Department learned that the Defendant, Joshua Rickey, had made several pipe bombs that he was storing at his home at 818 Hayward St., Hannibal, Missouri 63401. Specifically, officers learned that he had made one larger pipe bomb out of galvanized pipe with screw on end caps that was approximately 2.5"-3" in diameter and about 4"-6" long. He had also made several smaller pipe bombs approximately ¾"-1" in diameter and a

couple of inches long using PVC pipe and press-fitted end caps. The smaller ones had holes drilled into them for a fuse, while the larger one already had a fuse.

2.  Officers also learned that the Defendant had taken another pipe bomb to his grandmother's house the day before, August 12, 2022, and dropped it in a trailer filled with brush parked in front of her garage.

3.  Officers further learned that the Defendant had set one of his homemade pipe bombs off a few days before August 13, 2022, in the rubble of a burned-out house across the street from his home.

4.  Hannibal officers obtained a search warrant for the Defendant's home address and seized four improvised devices hidden in the corner of a master bedroom closet. They also found materials used in the manufacture of those pipe bombs including white PVC pipes/fittings, PVC glue, and black electrical tape.

5.  Officers also searched the Defendant's grandmother's property and a K-9 alerted to the presence of an explosive inside of the trailer where they had been told that the Defendant had previously thrown a pipe bomb. The pipe bomb was plainly visible.

6.  Officers destroyed one of the pipe bombs because it could not be stored safely. Another pipe bomb did not have any powder in it.

7.  The St. Louis County Police Department's Crime Laboratory tested the fuse and powder from the remaining seized pipe bombs. The analysis determined that the fuses contained an explosive mixture of potassium perchlorate and charcoal while the powder contained an explosive mixture of potassium perchlorate, barium nitrate, and aluminum.

8.  The Department of Justice's Bureau of Alcohol, Tobacco, Firearms, and Explosives analyzed the reports and physical evidence in this case, including three of the pipe bombs, and determined that the homemade pipe bombs were destructive devices as defined in 26 U.S.C. §

5845(f) similar in construction, consistent with improvised explosive weapons, and designed to function by exploding.

9. Defendant's criminal history reflects the following felony conviction:

- 11MR-CR00166, Marion County, *State of Missouri v. Joshua Rickey*
    - Guilty Plea/Sentence Date: July 29, 2011
        - Count One: Unlawful Use of Drug Paraphernalia (M)
        - Sentence: 90 days' confinement suspended; ordered to serve two years' probation; revoked on February 8, 2013; sentenced to 90 days' confinement
- 17MR-CR00316-01, Marion County, *State of Missouri v. Joshua Rickey*
    - Guilty Plea/Sentence Date: March 19, 2018
        - Count One: Manufacture of a Controlled Substance (F)
        - Sentence: Suspended imposition of sentence; ordered to probation of five years; completed on March 2, 2022.

10. Defendant also has the following pending felony charges arising from an incident on or about July 15, 2019:

- 22MR-CR00474, Marion County, *State of Missouri v. Joshua Rickey*
    - Guilty Plea/Sentence Date: Pending
        - Count One: Kidnapping – First Degree (F)
        - Count Two: Unlawful Possession, Transport, Manufacture, Repair or Sale of Illegal Weapon (F)
        - Count Three: Unlawful Possession, Transport, Manufacture, Repair or Sale of Illegal Weapon (F)
        - Count Four: Unlawful Possession, Transport, Manufacture, Repair or Sale of Illegal Weapon (F)

11. Defendant's criminal history, the weight of the evidence, and the nature and circumstances of the offense charged reflect that there is a serious danger to the community that would be posed by Defendant's release. Further, there are no conditions or combination of conditions pursuant to 18 U.S.C. §3142(c)(1)(B) that will reasonably assure Defendant's appearance as required.

WHEREFORE, the United States requests this Court to order Defendant detained prior to

trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

        Respectfully submitted,

        SAYLER A. FLEMING
        United States Attorney

        */s/ Nino Przulj*
        NINO PRZULJ #68334MO
        Special Assistant United States Attorney
        Thomas F. Eagleton Courthouse
        111 South Tenth Street, 20th Floor
        St. Louis, Missouri 63102
        (314) 539-2200